appeal. Affirmed. Theodore H. Lord, of New York City, for plaintiff. Alfred Steckler, of New York City, for defendants.

PER CURIAM. Without concurring in the reasons expressed at Special Term for denying the plaintiff's motion for an injunction, and without expressing any opinion as to whether or not the plaintiff would, after the trial of the action, be entitled to a judgment securing the exclusive right to use its corporate name, this order upon the plaintiff's appeal is affirmed, leaving question as to the judgment to which the plaintiff will be entitled to be settled upon the trial of the action. Upon the appeal of the defendants from that part of the order granting an injunction, we think the court below was right, and that the order, so far as appealed from, should be affirmed. The order is therefore affirmed, without costs to either party upon this appeal.

FRIED v. BECHER. (Supreme Court, Appellate Division, Second Department. April 24, 1914.) Action by Annie Fried against Nathan Becher. No opinion. Motion for leave to appeal to the Court of Appeals denied. For former decision, see 146 N. Y. Supp. 1091.

In re FRUMBERG. (Supreme Court, Appellate Division, First Department. April 24, 1914.) In the matter of Abram M. Frumberg, an attorney. No opinion. Referred to official referee. Settle order on notice.

FURST, Appellant, v. MOSKOWITZ et al., Respondents. (Supreme Court, Appellate Division, First Department. May 8, 1914.) Action by Charles S. Furst against Morris Moskowitz and others. F. Bien, of New York City, for appellant. E. S. Seidman and W. Hauser, both of New York City, for respondents. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

GABIE, Appellant, v. NEWTON, Respondent. (Supreme Court, Appellate Division, Second Department. May 8, 1914.) Action by Arthur Gabie against Homer C. Newton. No opinion. Motion to dismiss appeal denied, without costs, without prejudice, however, to a renewal thereof in the event the appeal is not speedily prosecuted.

GALUSHA, Appellant, v. HUGHES et al., Respondents. (Supreme Court, Appellate Division, Fourth Department. April 4, 1914.) Action by Irving Galusha against Elizabeth K. Hughes and others.

PER CURIAM. Judgment reversed, and new trial granted, with costs to the appellant to abide event. Held, that the bringing of the action and the other circumstances are sufficient to establish a repudiation by the plaintiff of the contract on the ground of fraud. Gould v. Cayuga County Nat. Bank, 86 N. Y. 75; Davis v. Rosensweig, 192 N. Y. 128, 84 N. E. 943, 20 L. R. A. (N. S.) 175, 127 Am. St. Rep. 890; Cox v. Stillman, 132 App. Div. 433, 116 N. Y. Supp. 931.

LAMBERT, J., dissents, upon the ground that there is a failure of proof to establish fraud as a basis of rescision.

GARTH et al. v. CLOPTON et al. (Supreme Court, Appellate Division, Second Department. December, 1913.) Action by Lillie P. Garth, individually, etc., and others, against William Garth Clopton and others. No opinion. Appeal dismissed by default, with costs. See, also, 159 App. Div. 913, 144 N. Y. Supp. 1117.

GERACI, Appellant, v. METROPOLITAN LIFE INS. CO., Respondent. (Supreme Court, Appellate Division, Third Department. May 21, 1914.) Action by Joseph Geraci against the Metropolitan Life Insurance Company.

PER CURIAM. Judgment and order affirmed, with costs.

HOWARD and WOODWARD, JJ., dissent.

GILPIN, Respondent, v. COLUMBIA NAT. BANK, Appellant. (Supreme Court, Appellate Division, Fourth Department. March 25, 1914.) Action by Richard S. Gilpin against the Columbia National Bank. No opinion. Order affirmed, with costs.

GODDARD v. YERKES et al. (Supreme Court, Appellate Division, First Department. April 24, 1914.) Action by Morrill Goddard against Charles T. Yerkes and others. F. P. Ufford, of New York City, for appellant. A. H. Van Brunt, of New York City, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

GOEPFERT v. BRANK et al. (Supreme Court, Appellate Division, Second Department. May 8, 1914.) Action by Carolina Goepfert against Charles Brank and others. No opinion. Judgment affirmed, with costs.

GOLDBERG, Respondent, v. BLUSTEIN, Appellant. (No. 5799.) (Supreme Court, Appellate Division, First Department. May 8, 1914.) Appeal from Special Term, New York County. Action by Betty Goldberg against David Blustein. From an order denying motion to compel plaintiff's attorney to disclose the address of his client, defendant appeals. Reversed. Benjamin F. Spellman, of New York City, for appellant. Philip Ordover, of New York City, for respondent.

PER CURIAM. We think the plaintiff's attorney should have disclosed the address of his client. The order appealed from is therefore reversed, with $10 costs and disbursements, and the motion granted.

GOLDMAN, Respondent, v. ROSENBLUM, Appellant. (Supreme Court, Appellate Division, First Department. March 27, 1914.) Action by Mamie Goldman, an infant, etc., against Isidor Rosenblum. C. Frankel, of New York City, for appellant. M. Lustig, of New York City, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

GOLDOWITZ et al. v. HENRY KUPFER & CO. (Supreme Court, Appellate Division, First Department. April 24, 1914.) Action by Isaac Goldowitz and others against Henry